**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMION CLARKE,<br><br>                                    Petitioner,<br><br>       v.<br><br>JEREMY CASEY, Warden,<br><br>                                    Respondent. | Case No. 26-cv-03511-BAS-SBC<br><br>**ORDER REQUIRING STATUS REPORT AND EXTENDING DEADLINE TO FILE AMENDED PETITION** |

The Court referred this matter for appointment of counsel and set a deadline for a status report. (ECF No. 5.) Petitioner, through counsel, filed a status report. (ECF No. 10.) At the request of the Court, Petitioner has filed an additional status report. (ECF Nos. 11, 13.) Petitioner reports that his "removal order is final and he will likely be deported in the near future." (ECF No. 13.) Therefore, Petitioner "requests the date for any amended petition be continued approximately 45 days, to August 20, 2026." (*Id.*) "If [Petitioner] remains in custody at that time, counsel will evaluate whether an amended petition is necessary." (*Id.*) Accordingly, good cause appearing, the Court **ORDERS** that Petitioner file a further status report no later than **August 20, 2026**. In addition, any amended petition must be filed no later than **August 27, 2026.**

  **IT IS SO ORDERED**

**DATED: July 9, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv3511